UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID BEIZER,

    Plaintiff,

v.

    Case No. 13-cv-11631

    Paul D. Borman
    United States District Judge

NATIONSTAR MORTGAGE, LLC,

    Defendant.

_____/

### ORDER FINDING ORDER TO SHOW CAUSE SATISFIED

On April 26, 2013, the Court issued an Order to Show Cause why this case should not be remanded, because diversity jurisdiction was unclear based on the allegations of Defendant Nationstar Mortgage, LLC's citizenship in the Notice of Removal. (Dkt. No. 8.) On April 29, 2013, Defendant filed an Amended Notice of Removal that properly alleges Defendant's citizenship. (Dkt. No. 9.) The Court thus finds that its April 26, 2013 Order to Show Cause has been satisfied.

IT IS SO ORDERED.

PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

Dated: MAY 0 3 2013